UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                          Criminal No. 11-cr-47-01-JL

<u>Makibra Brewer</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 9 ) filed by defendant is granted in part.  The continuance is limited to 60 days; Final Pretrial is rescheduled to June 23, 2011 at 10:00; Trial is continued to the two-week period beginning July 6, 2011, 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                                _____
                                                                Joseph N. Laplante
                                                                United States District Judge

Date: April 13, 2011

cc:   James D. Gleason, Esq.
      Terry L. Ollila, AUSA
      U.S. Marshal
      U.S. Probation