```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                                Criminal No. 11-cr-47-01-JL

<u>Makibra Brewer</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 12 ) filed by defendant is granted; Final Pretrial is rescheduled to August 24, 2011 at 1:30; Trial is continued to the two-week period beginning September 7, 2011, 09:30. No further continuances without a hearing.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              /s/ Joe Laplante
                                              Joseph N. Laplante
                                              United States District Judge

Date:  June 17, 2011

cc:   James D. Gleason, Esq.
       Terry Ollila, Esq.
       U.S. Marshal
       U.S. Probation