```
                UNITED STATES DISTRICT COURT FOR THE
                      DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                           Criminal No. 11-cr-47-01-JL

<u>Makibra Brewer</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 19 ) filed by defendant is granted in part.  The continuance is limited to 30 days; Final Pretrial is rescheduled to November 29, 2011 at 10:30; Trial is continued to the two-week period beginning December 7, 2011, 09:30. The grounds underlying the motion do not require a continuance that exceeds 30 days.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                            Joseph N. Laplante
                                            United States District Judge

Date:  October 14, 2011

cc:  James D. Gleason, Esq.
     Seth R. Aframe, AUSA
     Terry Ollila, AUSA
     U.S. Marshal
     U.S. Probation