UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

                    v.                    Criminal No. 11-cr-47-01-JL

Makibra Brewer

O R D E R

The assented to motion to reschedule jury trial (document no. 22) filed by defendant is granted; Final Pretrial is rescheduled to January 26, 2012 at 3:00 p.m.; Trial is continued to the two-week period beginning February 7, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date:  December 5, 2011

cc:  Jim Gleason, Esq.
     Seth Aframe, Esq.
     U.S. Marshal
     U.S. Probation